LOUIS MARANTA, as Administrator of the Estate of MARY MARANTA, Deceased, Appellant, *v.* MAX WENZELBERG, Respondent, Impleaded with Another.

(Submitted March 7, 1935; decided April 16, 1935.)

*Sol A. Hyman, Milton H. Greenwald* and *Murray E. Morrison* for appellant.

*Frederick Mellor* and *Jean A. Keller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., Not sitting: FINCH, J.